IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANDREYL BLACKWELL                                              PLAINTIFF

VS.                                CIVIL ACTION NO. 3:09CV116TSL-JCS

SANDERSON FARMS INC., ET AL.                                   DEFENDANTS

## JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that plaintiff's complaint should be dismissed without prejudice. THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant, and that plaintiff's complaint is dismissed without prejudice.

SO ORDERED this the 24TH day of November, 2009.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE